## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Byron Furrow

                Plaintiff.                Civil 10-3227 (PAM/AJB)

v.

                                    **ORDER OF DISMISSAL**

Allied Interstate, Inc.

                Defendant.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: September  27  , 2010

                                             *s/Paul A. Magnuson*
                                             Paul A. Magnuson, Judge
                                             United States District Court